IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.  2:06mj39-SRW |
| | ) | WO |
| HORACIO JAIMES-ALBITER | ) | |
| CARLOS SOLANO-OLASCOAGA | ) | |
| FRANCISCO ULLOA-JIMINEZ | ) | |
| JULIO CESAR ZAVALA-ULLOA | ) | |
| OMAR TORRES-VAZQUEZ | ) | |

**ORDER ON MOTION**

Defendants in this case waived detention hearings,[1] as each is subject to an INS detainer.  Accordingly, and for the good cause stated in the Government's Motion for Detention Hearing (Doc. # 50), it is

ORDERED that the motion is GRANTED to the extent of its request for detention.

Therefore, it is ORDERED that each defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Each defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver each defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

---

[1] No defendant contacted the court in the time allotted to request a detention hearing.

DONE, this 3rd day of May, 2006.

                                          /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE